No. 99–10262. BILLEMEYER v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–10263. CROSS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–10267. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10269. ALFORD v. JARVIS, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–10270. BAKRI v. NOONAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10271. BARRIOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–10272. CROSS v. McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–10273. ANDERSON v. GENERAL MOTORS CORP. Sup. Ct. Del. Certiorari denied.

No. 99–10274. BAGGS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10275. BOTTONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–10276. BROWN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 99–10277. BARTLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10278. BARNETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–10279. GRIFFIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–10281. OLUTAYO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.